UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> JOSHUA SHERWOOD; TOM TYSON; and ) <br> JOSH AND TOM LLC, DBA SPITFIRE PUB ) <br> AND EATERY, ) <br> ) <br> Defendants. ) <br> ) | NO. CV-13-00058-LRS <br><br> **ORDER OF DISMISSAL** |

Plaintiff has failed to show cause in writing within the time frame (fifteen days from the date of the Order of January 24, 2014, or no later than February 3, 2014), as to why this case should not be dismissed pursuant to Federal Rules of Civil Procedure 41(b) for failure to prosecute. (ECF No. 3). Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed without prejudice and the file be closed in this matter.

The District Court Executive is directed to enter this Order.

**DATED** this 28th day of March, 2014.

*s/Lonny R. Suko*

LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL